ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 4:39 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00042-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 4:39:47 PM
CHRISTOPHER A. PRINE
Clerk

ONCOR ELECTRIC DELIVERY COMPANY, LLC,

*Appellant*,

*v.*

PUBLIC UTILITY COMMISSION OF TEXAS,

*Appellee.*

On Appeal from the
200th Judicial District Court, Travis County
Cause No. D-1-GN-23-006507

## MOTION TO WITHDRAW COUNSEL

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Under Rule 6.5(d) of the Texas Rules of Appellate Procedure, Appellee Public Utility Commission of Texas gives notice that Assistant Attorney General Brendan Fugere will be leaving employment at the Office of the Attorney General. Accordingly, counsel requests that the Court permit Mr. Fugere to withdraw from representation of Appellee in this matter.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

WILLIAM R. PETERSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Brendan Fugere
BRENDAN FUGERE
Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

State Bar No. 24143863
brendan.fugere@oag.texas.gov

Counsel for Appellee

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Brendan Fugere
Bar No. 24143863
amanda.ruch@oag.texas.gov
Envelope ID: 104821621
Filing Code Description: Motion
Filing Description: Motion Withdrawal_B Fugere_Final
Status as of 8/25/2025 4:47 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 8/25/2025 4:39:47 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/25/2025 4:39:47 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/25/2025 4:39:47 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 8/25/2025 4:39:47 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 8/25/2025 4:39:47 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 8/25/2025 4:39:47 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 8/25/2025 4:39:47 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 8/25/2025 4:39:47 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Toni Shah | | toni.shah@oag.texas.gov | 8/25/2025 4:39:47 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 8/25/2025 4:39:47 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 8/25/2025 4:39:47 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 8/25/2025 4:39:47 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 8/25/2025 4:39:47 PM | SENT |
| Laura W.Baker | | lwb@smxblaw.com | 8/25/2025 4:39:47 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 8/25/2025 4:39:47 PM | ERROR |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Brendan Fugere
Bar No. 24143863
amanda.ruch@oag.texas.gov
Envelope ID: 104821621
Filing Code Description: Motion
Filing Description: Motion Withdrawal_B Fugere_Final
Status as of 8/25/2025 4:47 PM CST

Case Contacts

| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 8/25/2025 4:39:47 PM | ERROR |
|---|---|---|---|---|
| Bryan Clark | | bryan.clark@pxd.com | 8/25/2025 4:39:47 PM | ERROR |
| Catherine J.Webking | | cwebking@spencerfane.com | 8/25/2025 4:39:47 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 8/25/2025 4:39:47 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 8/25/2025 4:39:47 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 8/25/2025 4:39:47 PM | SENT |